DISTRICT COURT OF APPEAL OF FLORIDA
SECOND DISTRICT

_____

OMER OZER, SERIFE OZER, and ISMET OZER,

Appellants,

v.

STAR QUALITY, INC.,

Appellee.

No. 2D2023-1258

_____

June 26, 2024

Appeal from the Circuit Court for Hillsborough County; Mark R. Wolfe, Judge.

Michael R. Carey of Carey, O'Malley, Whitaker, Mueller, Roberts & Smith, P.A., Tampa, for Appellants.

David W. Adams and Alyssa M. Pickles of Bennett, Jacobs & Adams, P.A., Tampa, for Appellee.

PER CURIAM.

Affirmed.

SLEET, C.J., and CASANUEVA and KHOUZAM, JJ., Concur.

_____

Opinion subject to revision prior to official publication.